UNITED STATES of America v. Thomas Le Vaughn GLENN.

No. 353.

Circuit Court of Appeals, Tenth Circuit.

Sept. 9, 1930.

Fred A. Wagoner, Asst. U. S. Atty., of Oklahoma City, Okl.

J. F. Sharp, Jr., of Oklahoma City, Okl., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Dismissed September 9, 1930, on motion of appellant.